**EXHIBIT A**

New England Life Insurance Company

# Agent Contract

This Agent Contract is made and entered into by and among the General Agent, the Agent, and New England Life Insurance Company of Boston, Massachusetts ("the Company"). The General Agent for purposes of the Contract shall be the person indicated on the General Agent Appointment Page appointed by the Company as the General Agent for the territory.

AGENT

_____
Name

_____

_____
Address

_____
Social Security Number

    The provision set forth herein, the Schedule of Agent Compensation and any amendments attached hereto are hereby made part of the Agent Contract ("the Contract").
    The Contract shall supersede all previous agreements between the General Agent, the Agent, and the Company with respect to policies or coverages, credited to the Agent, whose Home Office Receipt Dates are on or after the Effective Date of the Contract.
    The parties to the Contract agree that the law of the Commonwealth of Massachusetts shall govern the Contract in all respects.
    The Contract shall take effect on the _____ day of _____, 19____ ("the Effective Date").

Agent

_____  (Date Signed)
Signature

New England Life Insurance Company

By: _____
    Authorized Officer    (Date Approved and Countersigned)

AG-831-96

# Contract Provisions

## THE AGENCY

(1) **Appointment.** The Agent is appointed as a full-time life insurance agent of the Company and may solicit and procure applications for policies of the Company in the territory of the General Agent and such other territory as may be agreed upon, without exclusive representation. It is understood and agreed that such activity is the Agent's principal business activity and is conducted primarily for the Company. In the event the General Agent is terminated, the Agent's Contract shall continue in effect and (a) the Agent, without further act or notice, may continue to solicit and procure applications and submit them to such representative as may be appointed by the Company until the Company shall appoint a new General Agent, and (b) the Company shall succeed to the rights and duties of the General Agent until the Company shall appoint a new General Agent. Any expense allowance agreement between the terminated General Agent and the Agent terminates as of the effective date of the General Agent's termination, but the Company reserves the right to keep any given agreement in effect and to modify it until the appointment of the new General Agent.

(2) **Substitution of Parties.** The Agent hereby consents to the substitution as a party to the Contract in place of a terminated General Agent, as of the effective date of termination, a new successor General Agent appointed by the Company as the General Agent for the territory. The Agent will be furnished with evidence of any new appointment in the form of the General Agent Appointment Page which shall amend and be a part of the Contract.

(3) **Authority.** The Agent is authorized to deliver policies only upon the payment to him of the premiums due thereon, and upon compliance with the terms, conditions and provisions of such policies and the rules of the Company. The Agent shall not make, alter or discharge any contracts or agreements, waive forfeitures, or incur any obligation or liability for which the General Agent or the Company shall be responsible. The Agent is authorized to collect with respect to a policy only the first premium due, and other payments as specifically authorized by the Company, and shall promptly remit such to the General Agent. In summary, the Agent shall strictly adhere to all rules and procedures established by the Company's Compliance Program for the marketing of insurance products and services.

(4) **Duties and Relationship.** The Agent shall be free to determine for himself the time, place and manner for the solicitation of applications for policies, but so far as is consistent with such freedom shall conform to the rules of the Company and of the General Agent in the conduct of business. It is agreed that the Agent is an independent contractor, and nothing in this Contract shall be construed to create the relationship of employer and employee between the Agent and the Company or between the Agent and the General Agent.

(5) **Status.** For purposes of the Company's qualified plans, other fringe benefits, Social Security or other laws, plans or benefits applicable to full-time life insurance agents, the Agent will be treated as an active full-time agent at the end of a given calendar year in which the Agent meets the requirements for a Year of Qualified Service set forth in the Schedule of Agent Compensation in effect for policies credited in such year. Any agent who fails to meet such requirements for a given calendar year shall not be treated as a full-time agent of the Company but will remain under this Contract. However, such agent's business activity will not be deemed to be the solicitation of insurance primarily for the Company. An agent, whether full-time or not, who elects retirement from the Company's qualified plans for full-time life insurance agents shall be defined and treated thereafter as a retired agent without regard to whether the agent has met the requirements for a Year of Qualified Service.

(6) **Professional Liability and Fidelity Coverages.** The Agent shall contribute such amounts as required by the Company for the Company's fidelity program or, at the discretion of the Company, the Agent shall secure such fidelity bond coverage as the Company may require. Further, the Agent agrees to purchase professional liability (errors and omissions) coverage required by the Company and other liability coverages as may be required by the Company from time to time.

(7) **Covenant Not To Compete.** For a period of two years after termination of the Contract, the Agent shall not, directly or indirectly, contact the policyholders of the Company in the territory of the General Agent or policyholders of the Company owning policies for which the Agent is agent of record for the purpose of inducing any policyholder to lapse, cancel, fail to renew or replace any policy. For a period of one hundred eighty (180) days after termination of the Contract the Agent shall not, directly or indirectly, contact or contract with any agent of the General Agent for the purpose of inducing such agent to solicit in the territory of the General Agent on behalf of any other insurance company or financial services organization. If the 180 day or two year periods referred to herein shall be deemed unenforceable at law, then such periods shall be reduced to such periods as shall be legally enforceable.

AG-831-96

1

The General Agent and the Company may pursue all remedies, including injunction, to assure compliance with the covenants in this Section and shall, if successful, be entitled to recover from the Agent all costs and expenses incurred in pursuing such remedies, including reasonable attorney's fees.

(8) **Service Mark License.**

(a) *Grant of License.*
The Company hereby grants to the Agent a non-exclusive, personal and non-transferable right and license to use the service marks the Company uses in its business, including "The New England," the logo of The New England and the trading name "New England Life Insurance Company" (hereinafter referred to as "Marks") in the territory of the General Agent in connection with the products and services of the Company and its affiliates upon the terms and conditions contained herein.

(b) *Term.*
This license shall be in effect as long as the Licensee is an Agent of the Company.

(c) *Use and Ownership of Service Marks.*
The Agent shall use the Marks only with the products and services of the Company and its affiliates and in accordance with the rules of the Company. The Agent acknowledges the Company's exclusive right, title and interest in and to the Marks and will not at any time do or cause to be done any act or thing contesting or in any way impairing any part of such right, title and interest.

(d) *Termination.*
This License shall terminate: (I) when the Contract terminates, or (ii) if the Agent makes any assignment of assets or business for the benefit of creditors or if a trustee or receiver is appointed to administer or conduct the Agent's business or affairs or if the Agent is adjudged in any legal proceeding to be either a voluntary or involuntary bankrupt, or (iii) if the Agent fails to comply with any provision of this License, after written notice thereof to the Agent by the Company.

Upon termination of this License the Agent shall immediately cease and desist from all use of the Marks in any way, including any use as a trade name, and will deliver up to the Company all material, papers and other media upon which the Marks appear and the Agent shall at no time adopt or use without the Company's prior written consent any word or mark which is likely to be similar to or confused with the Marks. The Agent shall take all steps to notify the telephone company listings which may be required in connection with such cessation of use of the Marks.

(9) **Policyholder Records.**
The Agent agrees to furnish during regular business hours to the Company's authorized representative any and all books and policyholder records in the Agent's possession which belong to the General Agent or the Company. This shall not include any books and records which belong to the Agent.

(10) **Furniture and Supplies.**
Any office supplies, furniture, equipment and fixtures provided by the Company or the General Agent shall, at all times, be the property of the General Agent or the Company, as the case may be, subject to the use and control of the authorized representative of the Company or the General Agent and also subject to any particular terms and conditions agreed upon between the Agent and the General Agent. In the event that a termination of this Contract takes place for any reason whatsoever, all of the above property shall be immediately turned over to the authorized representative of the General Agent or the Company.

COMPENSATION

(11) Payment. The General Agent, or after his termination the Company on his or its behalf, shall pay to the Agent, his estate or assigns, the compensation provided in the Schedule of Agent Compensation, subject to the provisions of the Contract and of the Schedule.

(12) Schedule of Agent Compensation. The Schedule of Agent Compensation which shall apply is the Company's published Schedule of Agent Compensation, and such Schedule is incorporated herein by reference. Copies of the Schedule will be furnished to the Agent by the General Agent or the Company.

It is understood and agreed that the right is reserved to the Company at any time, or from time to time, to change in whole or in part the Schedule of Agent Compensation including changes to the Year of Qualified Service ("YQS") requirement. No change will reduce any commission or service fee rates payable on policies credited as new business to the Agent before such change. Any changes to the YQS requirement or any other qualification requirement shall be applicable to all policies credited under the Contract.

AG-831-96

2