# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : | |
| Claimants, | : | CIVIL ACTION NO. |
| v. | : : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : | |
| Respondents. | | |

**ORDER GRANTING TEMPORARY INJUNCTION**

AND NOW, this _____ day of _____, 2005, upon consideration of Petitioners' Motion for Preliminary Injunction, it is hereby ORDERED and DECREED that Respondents are:

    1.    enjoined from using any of New England Financial's confidential and proprietary information; and

    2.    enjoined from soliciting New England Financial's affiliated agents, managers, employees, and from soliciting any of New England Financial's policyholders and customers, and misappropriating New England Financial's confidential and proprietary information and trade secrets;

    3.    This Order shall remain in force until further Order of this Court.

                                                                                                   _____
                                                                                                    J.