# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 610-238-0880
FAX: 610-238-0244
Keith.Young@DavisBucco.com

June 21, 2005

PENNSYLVANIA

NEW JERSEY

DELAWARE

Monica Mosley
844 N. King Street
Wilmington, Delaware 19801

   Re: New England Financial v. Anthony Alfieri, et al.
      Docket No.: 05-CV415

Dear Ms. Mosley:

 This letter will confirm your conversation with Paul Bucco that this office has not been trained in electronic document filing with the Court. Also, we respectfully request that a conference with the Court be scheduled within a week. All Defendants are in the process of being served.

 Please contact me with any questions.

Very truly yours,

Keith R. Young, Esq.

Davis, Bucco & Ardizzi
10 E. 6TH Avenue, Suite 100, Conshohocken, PA 19428