IN THE UNITED STATES FEDERAL DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

---

NEW ENGLAND LIFE INSURANCE : 
COMPANY and NEW ENGLAND :
SECURITIES CORPORATION, :
 :
      Plaintiffs, :    CIVIL ACTION NO.: 05-415
 :
v. :
 :
ANTHONY ALFIERI, JEFF BONIFACINO, :
LAURA CREAN, RICHARD HEWITT, ROBERT :
PORTER, DICK ROCKWELL, DAVID SAUERS, :
STANLEY SZCZERBA, MARILOU SZYMANSKI, :
KENNETH SCHLEISES, and AARON TURNER, :
 :
      Defendants.



## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Thomas J. McGoldrick**,␣Esquire to represent Plaintiffs in this matter.

Signed: _/s/ Robert Ardizzi_

Robert D. Ardizzi, Esquire
Bar I.D. No. 3602
2 N. Colonial Avenue
Elsmere, DE 19805
(302) 345-9808
Attorney for Plaintiffs

Date: June 16, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

                                    _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _Thomas J. McGoldrick_

Date: _June 24, 2005_

Thomas J. McGoldrick, Esquire
Davis, Bucco & Ardizzi
10 E. 6th Avenue, Suite 100
Conshohocken, Pennsylvania 19428
(610) 238-0880