IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, AND NEW ENGLAND SECURITIES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-415-JFF |
| v. | ) ) ) | |
| ANTHONY ALFIERI, JEFF BONIFACINO LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWRELL, DAVID SAUERS, STANLEY SZCERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

TO:    Clerk of Court
        U.S. District Court
        844 King Street
        Wilmington, DE 19801

**PLEASE ENTER THE APPEARANCE** of Wayne A. Marvel, Esquire, on behalf of the Defendants in the above-captioned action.

MARON & MARVEL, P.A.

/S/ Wayne A. Marvel
WAYNE A. MARVEL
I.D. No. 1073
1300 North Market Street
Wilmington, DE 19806
(302) 425-5177
Attorney for Defendants

DATED: July 7, 2005
{99999.01758 / W0013369}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, AND NEW ENGLAND SECURITIES CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-415-JFF |
| v. | ) ) ) | |
| ANTHONY ALFIERI, JEFF BONIFACINO LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWRELL, DAVID SAUERS, STANLEY SZCERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, Wayne A. Marvel, Esquire, certify that two copies of the attached Entry of Appearance, were served by electronic filing on July 7 2005, to the following:

    Robert D. Ardizzi, Esquire
    Davis, Bucco & Ardizzi
    2 N. Colonial Avenue
    Elsmere, DE  19805

    MARON, MARVEL & WILKS, P.A.

    /S/ Wayne A. Marvel
    WAYNE A. MARVEL
    I.D. No. 1073
    1300 North Market Street
    Wilmington, DE  19806
    (302) 425-5177
    Attorney for Defendants

DATED: July 7, 2005

{99999.01758 / W0013369}