# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 302-345-9808
Robert.Ardizzi@DavisBucco.com



July 6, 2005

PENNSYLVANIA

NEW JERSEY

DELAWARE

The Honorable Joseph J. Farnan, Jr.
J. Caleb Bogg Federal Building
844 N. King Street
Room 2124
Lockbox 27
Wilmington, DE 19801

      Re:   New England Financial v. Anthony Alfieri, et al.
              Docket No.: 05-CV415

Dear Judge Farnan:

Please allow this correspondence to serve as a formal request for a conference with the Court in the above referenced matter. Petitioners also respectfully request that a hearing be scheduled on Petitioners Petition for Preliminary Injunction following the conference.

Thank you for your attention to this matter.

Respectfully,

Robert Ardizzi

cc: Anthony Alfieri, Jeff Bonifacino, Laura Crean, Richard Hewitt, Robert Porter, Richard Rockwell, David Sauers, Stanley Szczerba, Marilou Szymanski and Aaron Turner, Monica Mosley (2 copies w/ PDF Format)

Davis, Bucco & Ardizzi

2 N. Colonial Avenue, Elsmere, DE 19805