UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>Defendants. | C.A. No. 05 cv 415 |

### MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice **Basileios Katris**, Esquire to represent Defendants in this matter.

MARON & MARVEL, P.A.

By _____
Wayne A. Marvel, Esquire
Bar I.D. No. 1073
1300 North Broom Street
Wilmington, DE 19806
Tele: (302) 425-5177
Fax: (302) 425-0180

Attorney for Defendants

Dated: July 13, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

_____
United States District Judge

{99999.01758 / W0013678}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

            TRESSLER, SODERSTROM, MALONEY & PRIESS

            By: _____
              Basileios Katris
              Sears Tower, 22nd Floor
              233 South Wacker
              Chicago, Illinois 60606
              (312) 627-4000
              (312) 627-1717 (fax)
              Attorneys for Defendants

Dated: July 13, 2005