UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>　　　　　　Defendants. | C.A. No.  05 cv 415 |

### MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice **Mark Robert Vespole**, Esquire to represent Defendants in this matter.

　　　　　　　　　　　　　　　　MARON & MARVEL, P.A.

　　　　　　　　　　　　　　　　By _/s/_____
　　　　　　　　　　　　　　　　Wayne A. Marvel, Esquire
　　　　　　　　　　　　　　　　Bar I.D. No. 1073
　　　　　　　　　　　　　　　　1300 North Broom Street
　　　　　　　　　　　　　　　　Wilmington, DE  19806
　　　　　　　　　　　　　　　　Tele: (302) 425-5177
　　　　　　　　　　　　　　　　Fax:  (302) 425-0180

　　　　　　　　　　　　　　　　Attorney for Defendants

Dated:  July 13, 2005

### ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

{99999.01758 / W0013680}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

TRESSLER, SODERSTROM, MALONEY & PRIESS

By: _____
Mark Robert Vespole
744 Broad Street
Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405 (fax)

Attorneys for Defendants

Dated: July 13, 2005