AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

New England Life Insurance Company, and New England Securities Corporation

**SUMMONS IN A CIVIL CASE**

V.

Anthony Alfieri, Jeff Bonifacino, Laura Crean, Richard Hewitt, Robert Porter, Dick Rockwell, David Sauers, Stanley Szcerba, Marilou Szymanski, Kenneth Schleises, and Aaron Turner

CASE NUMBER: 05C0415

TO: (Name and address of Defendant)

David Sauers
209 Plymouth Road
Wilmington, DE 18903

DATE 6-26-2005
TIME 12:10 PM

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6-22-2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Solow | PA Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 410 W. 9TH STREET, Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 67 miles @ .405 | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-22-2005
           Date            Signature of Server

Constable Michael M. Solow
P. O. Box 1111
Ft. Washington, PA 19034
*Address of Server*

Sworn to and subscribed before me
this 23rd day of June, 2005.

*[signature: Diana C. Horan]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DIANA C. HORAN, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires January 29, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.