## EXHIBIT A

| Name of Defendant/Agent | Two Years from Date of Termination |
|---|---|
| 1. Alfieri | 4/30/06 |
| 2. Bonafacino | 4/30/06 |
| 3. Crean | 4/30/06 |
| 4. Hewitt | 4/30/06 |
| 5. Porter | 8/15/06 |
| 6. Rockwell | 2/27/06 |
| 7. Sauers | 4/30/06 |
| 8. Schlezes | 4/30/06 |
| 9. Szczerba | 4/30/06 |
| 10. Syzmanski | 4/30/06 |
| 11. Turner | 4/30/06 |