## EXHIBIT B

AFFIDAVIT

(Name of Policyholder), being duly sworn, upon his/her oath deposes and says:

1. I am the owner of New England Life Insurance Company policy(ies), (Policy Numbers), which was/were sold to me by (Name of Agent) in approximately (Month, Year).

2. On (Date) I called/contacted (Name of Agent). He/she did not call me first.

3. During my conversation/discussion with (Name of Agent) on (Date), I requested that (Name of Agent) replace my New England Life Insurance Company policy(ies)/contracts, (Policy/Contract Numbers).

4. (Name of Agent) in no way induced or solicited the replacement of my New England Life Insurance Company policy(ies)/contracts.