IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Plaintiffs, | : | Civil Action No.: 05-CV-0415 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : : : : | |
| Defendants. | | |

**PLAINTIFFS' PETITION TO ENJOIN DEFENDANTS AND ENFORCE THIS COURT'S JULY 25, 2005 ORDER**

1. On or about June 21, 2005, the Plaintiffs filed a Motion for Preliminary Injunction and Complaint in Equity with this Court seeking to enforce certain restrictive covenants relating to solicitation of clients as contained in the Defendants' written agreements with the Plaintiffs.

2. Following an in-court conference, the parties reached an agreement regarding certain of the issues raised in the Petition for Preliminary Injunction. This agreement was memorialized in a Consent Order, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

3. Paragraph 1 of the Consent Order states:

> Commencing on the date of his Order and continuing until two years from the dates the defendants terminated their respective relationships with plaintiffs, the defendants shall not, directly or indirectly, contact the policyholders of the plaintiffs who own policyholders of the plaintiffs for which the defendants are the agent of record, for the purpose of inducing any such policyholders to lapse, cancel, fail to renew of replace any policy.

4. On or about September 12, 2005, Rita Thomas, an employee for Plaintiffs, received a call from a policyholder, Steve Padalak, to complain that he has been contacted by Defendant Stanley Szczerba several times for the purpose of inducing Mr. Padalak to lapse, cancel, replace or and fail to renew his New England policy and purchase a Penn Mutual policy from Defendant.

5. The most recent contact Defendant Stanley Szczerba had with Steve Padalak in order to solicit and/or persuade Mr. Padalak to lapse, cancel, replace or fail to renew his New England policy and purchase a Penn Mutual policy was on September 9, 2005.

6. Defendant Stanley Szczerba has directly, intentionally and/or willfully violated this Court's Consent Order by directly contacting Mr. Padalak in order to solicit and/or persuade Mr. Padalak to lapse, cancel, and fail to renew or replace his New England policy and purchase a Penn Mutual policy.

WHEREFORE, Plaintiffs, New England Life Insurance Company and New England Securities Corporation, respectfully request this Honorable Court to enter an Order:

1. Enjoining Defendant Stanley Szczerba from any further contact with Mr. Padalak and all other individuals with policies with Plaintiffs; and

2. Enjoining all of the Defendants from soliciting any of Plaintiffs' Policyholders as required by this Court's Consent Order; and

3. Scheduling a hearing with the Court to address the allegations that Defendant Stanley Szczerba's violated this Court's Consent Order by soliciting a present customer of Plaintiffs to lapse, cancel, and fail to renew or replace his New England policy; and

4. Ordering Defendant Stanley Szczerba to pay Plaintiffs' attorney's fees related to enforcing the Consent Order including filing this Petition and attending at the hearing on this matter; and

5. Entering other such sanctions as this Honorable Court deems just and proper.

**DAVIS, BUCCO & ARDIZZI**

/s/ Robert D. Ardizzi, Esquire
ROBERT ARDIZZI, ESQUIRE
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805

Date: September 21, 2005

**CERTIFICATE OF SERVICE**

I, ROBERT ARDIZZI, ESQUIRE, do hereby certify and attest that I have caused to be sent *via first class mail, postage-prepaid*, a true and correct copy of Plaintiffs' Petition to Enjoin Defendants and Enforce the Court's July 25, 2005 Consent Order to the parties listed below and on the date listed herein:

>Mark Robert Vespole, Esquire
>Tressler, Soderstrom, Maloney & Priess
>744 Broad Street, Suite 1510
>Newark NJ 07102
>
>Wayne A. Marvel, Esquire
>Maron & Marvel
>1300 N. Broom Street
>Wilmington, DE 19899-0288

Date:  September 21, 2005

>DAVIS BUCCO & ARDIZZI
>
>/s/ Robert D. Ardizzi, Esquire
>ROBERT ARDIZZI, ESQUIRE
>Davis, Bucco & Ardizzi
>2 N. Colonial Avenue
>Elsmere, DE 19805
>Attorney for Plaintiffs