**EXHIBIT "A"**

Jul-20-05  01:33pm  From-Tressler Soderstrom Maloney & Priess    9736230405    T-700  P.003/007  F-622

RECEIVED
JUL 2 2 2005

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : |
| Plaintiffs, | : Civil Action No.: 05-CV-415 |
| v. | : : |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : : : : : |
| Defendants. | |

### CONSENT ORDER

This matter having come before the court by the consent of all parties in lieu of a contested hearing on an application by plaintiffs for a temporary restraining order, and it appearing that this Order is reasonable in relation to the contractual rights and obligations of the parties, and for good cause shown,

IT IS on this 25 day of July, 2005 ordered as follows:

1. Commencing on the date of this Order and continuing until two years from the dates the defendants terminated their respective relationships with plaintiffs (as more fully reflected in the attached exhibit A), the defendants shall not, directly or indirectly, contact the policyholders of the plaintiffs who own policies for which the defendants are the agent of record, for the purpose of inducing any such policyholders to lapse, cancel, fail to renew or replace any policy.

Jul-20-05   01:33pm   From-Tressler Soderstrom Maloney & Priess      9736230405           T-700   P.004/007   F-622

2.  In the event that any of the policyholders of the plaintiffs who own policies for which the defendants are the agent of record contact any of defendants subsequent to the date of this Order, and request that any of the defendants replace one or more of plaintiffs' policies for which said defendants are the agent of record, defendants shall obtain an affidavit from any such policyholders in the form attached hereto as exhibit B. A copy of this affidavit shall be provided to the plaintiffs' counsel within five business days of the day it is executed by the policyholder.

3.  Nothing contained in this Order shall alter, modify or change any of the parties' rights and obligations under the defendants' respective Agent Contract with plaintiffs.

4.  This Order shall stay in effect, if necessary until this entire case is resolved, but under no circumstances shall this Order remain in effect after the dates set forth in exhibit A. In the event of a breach of this Order, plaintiffs shall have the right to petition the court for an injunction and/or temporary restraining order on an emergency basis, with notice to the undersigned counsel for defendants, with a hearing to be scheduled by the Court at any time after August 22, 2005.

Hon. Joseph Farnan, U.S.D.J

We hereby consent to the form and entry of this Order

Jul-20-05   01:33pm   From-Tressler Soderstrom Maloney & Priess   9736230405   T-700   P.005/007   F-622

Davis, Bucco & Ardizzi
Attorneys for Plaintiffs

By: _____
Paul Bucco, Esquire

Tressler Soderstrom Maloney & Priess
Attorneys for Defendants

By: _____   July 20, 2005
Mark Robert Vespole, Esquire