IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : |  |
| Plaintiffs, | : | **Civil Action No.: 05-CV-0415** |
|  | : |  |
| v. | : |  |
|  | : |  |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : : : |  |
| Defendants. |  |  |

## **ORDER**

AND NOW, this _____ day of_____, 2005, upon consideration of Plaintiffs' Petition to Enjoin Defendants and Enforce This Court's July 25, 2005 Order, and any response thereto, it is hereby ORDERED and DECREED:

1. Defendant Stanley Szczerba is hereby enjoined from any further contact with Mr. Padalak and all other customers of the Plaintiffs until further Order of this Court.

2. All Defendants are enjoined from soliciting any of Plaintiffs' customers as set forth in this Court's Consent Order dated July 25, 2005.

3. A hearing with this Court is scheduled on _____ day of _____, 2005, on the issue of Defendant Stanley Szczerba's alleged violation of this Court's Consent Order.

    4.    At the time of the hearing, the Court shall consider Plaintiffs' request for costs and counsel fees associated with enforcing the Consent Order.

    5.    This Order shall remain in force until a further Order of this Court is entered.

_____
HON. JOSEPH FARNAN, U.S.D.J