# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE
COMPANY and NEW ENGLAND SECURITIES
CORPORATION,

                Plaintiffs,

v.

ANTHONY ALFIERI, JEFF BONIFACINO,
LAURA CREAN, RICHARD HEWITT, ROBERT
PORTER, DICK ROCKWELL, DAVID SAUERS,
STANLEY SZCZERBA, MARILOU
SZYMANSKI, KENNETH SCHLEZES, and
AARON TURNER,

                Defendants.

C.A. No.  05 cv 415

### AFFIDAVIT

Stanley Szczerba, being duly sworn, upon oath, deposes and says:

1. I am one of the defendants in this case.  I am over eighteen years of age.

2. I have had three or four conversations with Steven Padalak and/or his wife Diane since terminating my contract with New England in approximately April, 2004. During none of those conversations did I ever induce or even suggest to Mr. Padalak or his wife to lapse, cancel, fail to renew or replace any New England Life Insurance policies he may own.

3. I will testify in open court that our conversations were limited to additional or different insurance policies in which he may have been interested.

FURTHER AFFIANT SAYETH NOT

                                    _____
                                    Stanley Szczerba

SUBSCRIBED and SWORN TO
BEFORE ME this ___5th___ day of
October, 2005.

_____
Notary Public