IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-415-JJF |
| ANTHONY ALFIERI, et al., | : : : | |
| Defendants. | : | |

## MEMORANDUM ORDER

Plaintiffs have filed a Petition To Enjoin Defendants (D.I. 26) seeking relief pursuant to the July 25, 2005 Consent Order. Defendants oppose the Petition on several grounds including a denial of the facts asserted by Plaintiffs (D.I. 27).

After reviewing the parties' submissions, I find that an evidentiary hearing is required. I expect to hear testimony from the following individuals: Rita Thomas, Steve Padalak, and Stanley Szczerba. One half hour is alloted for each of the above witnesses to be divided between the Plaintiffs and Defendants. No additional argument will be necessary.

NOW THEREFORE, IT IS HEREBY ORDERED that a hearing on Plaintiffs' Petition To Enjoin Defendants (D.I. 26) will be held on **Wednesday, October 26, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 7, 2005
DATE

UNITED STATES DISTRICT JUDGE