UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>Defendants. | C.A. No. 05 cv 415 |

## CERTIFICATE OF SERVICE

I, Wayne A. Marvel, Esquire, do hereby certify that on Thursday, October 6, 2005, a copy of the foregoing Defendants' Response to Plaintiff's Petition to Enjoin was electronically served via CM/ECF upon the following:

Robert D. Ardizzi, Esq.
Davis, Bucco & Ardizzi
2 N. Colonial Ave.
Elsmere, DE 19805
robert.ardizzi@davisbucco.com

MARON & MARVEL, P.A.

/s/ *Wayne A. Marvel*
Wayne A. Marvel, Esquire
1300 N. Broom Street
Wilmington, DE 19806
(302) 425-5177
*Counsel for Defendants*