IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Plaintiffs, | : | Civil Action No.: 05-CV-415 |
| v. | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : : : : : | |
| Defendants. | | |

## AFFIDAVIT

Rita Thomas, being duly sworn, upon oath, deposes and states on the record:

1. I am a customer service representative for Creative Financial Group, a broker for the Plaintiffs in this case. I am over eighteen years of age.

2. On or about September 13, 2005, I received a phone call from a client, Diane Padalak, regarding two policies her and her husband, Steve Padalak, had with New England.

3. One of the policies had lapsed for non-payment and the other policy was a long-term disability policy still active with New England.

4. Mrs. Padalak then informed me that Stanley Szczerba had contacted her by phone on or about September 9, 2005 regarding replacing her existing New England long-term disability policy with another policy.

5. Mrs. Padalak informed me she was not aware that Mr. Szczerba was no

longer an agent for New England, at which point I informed her that his relationship with New England had terminated.

6. I will testify in open Court to this conversation.

7. I will testify that I have knowledge that Mr. Szczerba was the agent of record for the Padalaks policies with New England while Mr. Szczerba was still affiliated with and an agent for New England.

**FURTHER AFFIANT SAYETH NOT**

*Rita Thomas*
RITA THOMAS

SUBSCRIBED and SWORN TO
BEFORE ME this __13__ day of
OCTOBER, 2005.

*Joan T. Burns*
NOTARY PUBLIC

```
NOTARIAL SEAL
Joan T. Burns, Notary Public
Newtown Square Twp., Delaware County
My commission expires March 22, 2008
```