IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : | |
| Plaintiffs, | : | **Civil Action No.:  05-CV-415** |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

     I hereby certify that true and correct copies of the foregoing Reply Brief and Affidavit of Rita Thomas were served upon the following in the manner indicated and on the date indicated:

     *Via Electronic Filing*
     Wayne A. Marvel, Esquire
     Maron & Marvel
     1300 N. Broom Street
     Wilmington, DE 19899-0288

     *Via First Class Mail*
     Mark R. Vespoli, Esquire
     Tressler, Soderstrom, Maloney & Priess
     744 Broad Street, Ste. 1510
     Newark, NJ 07102

                                               /s/Robert D. Ardizzi
                                               Robert D. Ardizzi, Esquire

Date: October 13, 2005