

TRESSLER, SODERSTROM, MALONEY & PRIESS
ATTORNEYS AT LAW

744 Broad Street
Suite 1510
Newark, NJ 07102
973/848-2900
Fax 973/623-0405
www.tsmp.com

Mark Robert Vespole
(973) 848-2909
mvespole@tsmp.com
Certified Civil Trial Attorney

October 17, 2005

**Via Telefax and Federal Express**
The Hon. Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Wilmington, DE  19801

      Re:  New England Life Insurance Company v. Anthony Alfieri, et al.
            Docket No. 05-cv-415

Dear Judge Farnan:

      Please accept this letter with regard to the upcoming hearing before you on the October 26, 2005 at 11:00 a.m. regarding plaintiffs' motion seeking injunctive relief pursuant to the July 25, 2005 Consent Order in this case.

      I have enclosed an exchange of e-mails I had with plaintiffs' counsel, Paul Bucco, Esq., as well as Mr. Bucco's October 12, 2005 letter to me. Apparently, plaintiffs need to amend their pending petition to indicate that the telephone call received by their employees, Rita Thomas, was not actually from the policyholder, Steve Padalak, but his wife, Diane Padalak. As indicated in the enclosures, I do not have a problem with an informal amendment to reflect this change. However, as reflected in Mr. Szczerba's opposing affidavit, some of his conversations were with Steve Padalak. Because plaintiffs now intend to produce only Rita Thomas and Diane Padalak and we will be producing Mr. Szczerba, and your order has only allotted one-half hour for three witnesses, there is currently no provision for us to have Steve Padalak testify. Since we believe that Steve Padalak may have relevant testimony on this petition, and he is in fact the alleged policyholder, it is respectfully requested that either plaintiffs be required to produce him, or that we be allowed to subpoena him for the October 26, 2005 hearing.

      Additionally, as noted in the attached October 11, 2005 e-mail, we have requested that plaintiffs produce the customer files pertaining to any and all policies or contracts either issued to or applied for by Steve and Diane Padalak while Mr. Szczerba was affiliated with New England. My client advises that these files will have critical information pertaining to the issues

---

The Hon. Joseph J. Farnan, Jr.
October 17, 2005
Page 2

presented at the October 26, 2005 hearing. My client further advises that, to the best of his recollection, there should only be three files that need to be produced that contain a relatively limited number of documents that would need to be copied. We would like to obtain these files by this Friday, October 21, 2005, so that we can appropriately prepare for the hearing.

    Thank you for your consideration of this request.

                            Respectfully submitted,

                            MARK ROBERT VESPOLE

MRV:ljc
Enclosures
cc: Paul Bucco, Esq. (via Telefax)
    Wayne Marvel, Esq. (via Telefax)
Newark-#15659-v1