## Mark R. Vespole

**From:** Mark R. Vespole
**Sent:** Thursday, October 13, 2005 1:59 PM
**To:** 'Paul Bucco'
**Subject:** RE: New England v. Szczerba

Sure. When do you suggest?

-----Original Message-----
From: Paul Bucco [mailto:Paul.Bucco@davisbucco.com]
Sent: Thursday, October 13, 2005 1:08 PM
To: Mark R. Vespole
Subject: RE: New England v. Szczerba


do you want to conference call the Judge

-----Original Message-----
From: Mark R. Vespole [mailto:mvespole@tsmp.com]
Sent: Tuesday, October 11, 2005 5:37 PM
To: Paul Bucco
Subject: FW: New England v. Szczerba




> -----Original Message-----
> From:    Mark R. Vespole
> Sent:    Tuesday, October 11, 2005 5:36 PM
> To: 'paul.bucco@buccodavis.com'
> Subject: New England v. Szczerba
>
> Paul:
>
> I just received a copy of the Order setting the evidentiary hearing
for 10/26/05. After reviewing the Order and conferring with my client,
it seems to be necessary for Steve Padalak to be present at the
evidentiary hearing  This does not change what I told you about not
needing, on my account, to have any formal amendment in your petition to
change the identity of the person with whom Rita Thomas had
communications from Steve to Diane Padalak. However, having not yet seen
the Order when we spoke earlier this afternoon, I was not aware that
Judge Farnan placed a limitation on the number of witnesses who will
testify at the hearing. We will need to have Steve Padalak as a witness
if you will be substituting Diane for Steve in terms of Judge Farnan's
Order. I will subpoena him if necessary, but it seems as though we will
have to ask Judge Farnan to make time for a 4th witness, and explain to
him why that has become necessary. I apologize for my misunderstanding.
Also, will you be able to produce, at least 2-3 days prior to the
hearing, a copy of the files maintained at Creative Financial Group for
Steve or Diane Padalak for policies and contracts which were either sold
or applied for on their behalf by Stanley Szczerba while he was
affiliated with New England? It is my understanding that this will be
approximately 3 files totalling 100-200 pages at the most. Please let me
know as soon as possible so that I can issue a timley subpoena, if
necessary. Thanks.
>
> Mark
>
> Mark Robert Vespole
> Tressler Soderstrom Maloney & Priess
> 744 Broad St.
> Suite 1510

1

```
> Newark, New Jersey 07102
> 973-848-2909
> 201-407-4600 (cell)
> 973-623-0405 (fax)
> mvespole@tsmp.com
>
```