# DAVIS, BUCCO & ARDIZZI
### ATTORNEYS AT LAW

TEL: 610-238-0880
FAX: 610-238-0244
Paul.Bucco@davisbucco.com

October 12, 2005

*<u>Via Facsimile and Regular Mail</u>*

Mark R. Vespoli, Esquire
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Ste. 1510
Newark, NJ 07102

PENNSYLVANIA

NEW JERSEY

DELAWARE

Re: *<u>New England Life Insurance Company and New England Securities Corporation v. Anthony Alfieri et al.</u>*
*U.S. District Court of Delaware Docket No. 05-CV-415*

Dear Mark:

Please accept this letter pursuant to our conversation yesterday. Wherein I explained that our Petition to Enjoin the Defendants pursuant to the Courts' Order of July 25, 2005 contained a clerical error. Paragraph 4 of our Petition states that Rita Thomas, an employee of New England received a call from a policyholder, Steve Padalak. The telephone call was not from Steve Padalak but his wife Diane Padalak, and any references throughout the Petition to Steve Padalak should be changed to Diane Padalak.

As per our conversation, you explained that there is no need to amend the Petition as it stands and you agreed that we would stipulate to the Court at the Hearing on October 26, 2005.

Thank you for your cooperation in this matter.

Very truly yours,

Paul A. Bucco
DICTATED NOT READ
PAB\aap

T S M & P
RECEIVED
OCT 1 4 2005

DIARIED_____ DOCKETED_____
ATTY. 4763-2-670-728-748

cc: Wayne A. Marvel, Esquire

Davis, Bucco & Ardizzi
10 E. 6th Avenue, Suite 100 Conshohocken, PA 19428