IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE      :
COMPANY and NEW ENGLAND         :
SECURITIES CORPORATION,         :
                                :
        Plaintiffs,             :
                                :  Civil Action No. 05-415-JJF
    v.                          :
                                :
ANTHONY ALFIERI, et al.,        :
                                :
        Defendants.             :

## O R D E R

WHEREAS, the Court has scheduled a motion hearing in the above-captioned matter for Wednesday, October 26, 2005, at 11:00 a.m.;

WHEREAS, the Court, in its Memorandum Order dated October 7, 2005 (D.I. 29), indicated that it expected to hear testimony from Rita Thomas, Steve Padalak, and Stanley Szczerba at that hearing and allotted one half hour for each witness;

WHEREAS, the Court agrees with Defendant that the testimony of a fourth witness, Diane Padalak, is necessary to the resolution of the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that an additional half hour shall be allotted to the motion hearing for the testimony of Diane Padalak to be divided between Plaintiffs and Defendants.

October 18, 2005                    *Joseph J. Farnan Jr.*
    DATE                        UNITED STATES DISTRICT JUDGE