## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | **Civil Action No.:  05-CV-0415** |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : | |
| Defendants. | | |

### <u>ORDER</u>

AND NOW, this _____ day of_____, 2005, upon consideration of Plaintiffs' Petition for Injunction, any response thereto, it is hereby ORDERED and DECREED as follows:

1.    Defendant Richard Hewitt is hereby enjoined from any further contact with Helen Jean Hewitt and Arthur Hewitt and all other existing clients of the Plaintiffs as set forth in the Consent Order entered in this matter.

2.    All Defendants are hereby enjoined from soliciting any of Plaintiffs' customers as set forth in the Consent Order.

3.    A hearing with this Court is scheduled on _____ day of _____,

2005, on the issue of Defendant Richard Hewitt's alleged violation of this Court's Consent

Order.

       4.      At the time of the hearing, the Court shall consider Plaintiffs' request for costs

and counsel fees associated with enforcing the Consent Order.

       5.      This Order shall remain in force until a further Order of this Court is entered.


_____
HON. JOSEPH FARNAN, U.S.D.J