IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : | |
| Plaintiffs, | : | **Civil Action No.: 05-CV-0415** |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I, Robert D. Ardizzi, Esquire, hereby certify that true and correct copies of

Plaintiffs' Petition for Preliminary Injunction and the Affidavit of James Veit have been

served on the following in the manner indicated and on the date indicated:

*Via Fax and First Class Mail*

Mark Robert Vespole, Esquire
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark NJ 07102

*Via Electronic Filing*

Wayne A. Marvel, Esquire
Maron & Marvel
1300 N. Broom Street
Wilmington, DE 19899-0288

                                        /s/ Robert D. Ardizzi, Esquire
                                        ROBERT ARDIZZI, ESQUIRE
                                        Davis, Bucco & Ardizzi
                                        2 N. Colonial Avenue
                                        Elsmere, DE 19805
                                        Attorney for Plaintiffs

Date:  October 21, 2005