## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE      :
COMPANY and NEW ENGLAND
SECURITIES CORPORATION,        :

        Plaintiffs,        :    **Civil Action No.: 05-CV-415**

        v.        :

ANTHONY ALFIERI, JEFF BONIFACINO,
LAURA CREAN, RICHARD HEWITT, ROBERT :
PORTER, DICK ROCKWELL, DAVID SAUERS,
STANLEY SZCZERBA, MARILOU SZYMANSKI,
KENNETH SCHLEISES, and AARON TURNER, :

        Defendants.

### AFFIDAVIT OF JAMES VEIT

James Veit, being duly sworn, upon oath, deposes and states on the record:

1.    I am an employee of Creative Financial Group, a broker for the Plaintiffs in this case. I am over eighteen years of age.

2.    On or about October 13, 2005, I met with Helen Jean Hewitt and Arthur Hewitt at their home in Delaware about their existing insurance policies and investments with New England.

3.    During my meeting with the Hewitts, they informed me that they had been contacted by Richard Hewitt, a defendant in this action, about replacing their New England insurance policies and investments with products from the company for which Richard Hewitt was working.

4.    The solicitation was initiated by Richard Hewitt and occurred approximately 30 to 60 days prior to my meeting with Helen Jean Hewitt and Arthur Hewitt.

5.   It is my understanding that Richard Hewitt is not related to Helen Jean Hewitt and Arthur Hewitt and that Mr. Hewitt was the agent of record for the Hewitts when Mr. Hewitt was still affiliated with and an agent for New England.

6.   I will testify to the foregoing in open court.

**FURTHER AFFIANT SAYETH NOT**

_____
JAMES VEIT

**SUBSCRIBED and SWORN TO
BEFORE ME this** 21st **day of
OCTOBER, 2005,**

_____
**NOTARY PUBLIC**

Notarial Seal
Terrie L. Shepard, Notary Public
City of Chester, Delaware County
My Commission Expires Nov. 9, 2006
Member, Pennsylvania Association of Notaries