# DAVIS, BUCCO & ARDIZZI

ATTORNEYS AT LAW            TEL: 302-345-9808
                                             Robert.Ardizzi@DavisBucco.com

October 21, 2005

PENNSYLVANIA

NEW JERSEY     The Honorable Joseph J. Farnan, Jr.
                      J. Caleb Bogg Federal Building

DELAWARE       844 N. King Street
                      Room 2124
                      Lockbox 27
                      Wilmington, DE 19801

                              RE:    New England Financial v. Anthony Alfieri, et al.
                                       Docket No.: 05-CV-415

Dear Judge Farnan:

       A hearing on Plaintiffs' Petition to Enjoin has been scheduled in this matter for October 26, 2005. At issue in the hearing is whether one of the defendants, Stanley Szczerba, improperly solicited an existing client of the Plaintiffs.

       Yesterday, it came to our attention that another allegedly improper solicitation took place involving another defendant, Richard Hewitt. This office will be filing another petition for an injunction with regard to the incident involving Mr. Hewitt today. The matters are factually distinct but they involve similar questions of law.

       I am writing to inquire whether the Court would prefer to hear the matters together or separately. We have spoken with Mr. Vespole, counsel for the Defendants, about the issue with Mr. Hewitt and informed him that we would be submitting this letter to Your Honor. If Your Honor would prefer a single hearing, the parties are agreeable to postponing the October 26 hearing and rescheduling both matters for another day at the Court's earliest convenience.

October 21, 2005
Page 2

Thank you for considering this request.

Respectfully,

/s/ Robert D. Ardizzi
ROBERT D. ARDIZZI

\rda
cc: Mark Vespole, Esquire (via fax)