# DAVIS, BUCCO & ARDIZZI

**ATTORNEYS AT LAW**

**TEL: 302-345-9808**
**Robert.Ardizzi@DavisBucco.com**

October 25, 2005

PENNSYLVANIA

NEW JERSEY

DELAWARE

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 2124
Lockbox 27
Wilmington, DE 19801

> RE:     New England Financial v. Anthony Alfieri, et al.
>          Docket No.:  05-CV-415

Dear Judge Farnan:

A hearing on Plaintiffs' Petition to Enjoin has been scheduled in this matter for October 26, 2005.  This will confirm that the Plaintiffs are withdrawing the Petition to Enjoin and that tomorrow's hearing may be canceled.

Plaintiffs intend to proceed with the petition filed on October 21, 2005.  Please let counsel know when a hearing has been scheduled for that motion.   Thank you for your courtesies in this matter.

Respectfully,

/s/ Robert D. Ardizzi
ROBERT D. ARDIZZI

\rda
cc:  Wayne Marvel, Esquire (via electronic filing)