IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE
COMPANY and NEW ENGLAND
SECURITIES CORPORATION,

      Plaintiffs,

      v.

ANTHONY ALFIERI, et al.,

      Defendants.

Civil Action No. 05-415 JJF

## ORDER

WHEREAS, Plaintiffs filed a Petition For Preliminary Injunction (D.I. 40);

WHEREAS, the deadline for Defendants to file an answering brief to Plaintiffs' Petition was November 4, 2005, and Plaintiffs have not yet filed an answering brief;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. Defendants shall file an answering brief to Plaintiffs' Petition for Preliminary Injunction (D.I. 40) no later than **Wednesday, November 16, 2005**.

2. A hearing on Plaintiff's Petition For Preliminary Injunction (D.I. 40) will be held on **Tuesday, November 29, 2005, at 1:30 p.m.,** in Courtroom No. 4B, on the 4th floor, Boggs Federal Building, Wilmington, Delaware.

November 8, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE