UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE
COMPANY and NEW ENGLAND SECURITIES
CORPORATION,
        Plaintiffs,

v.

ANTHONY ALFIERI, JEFF BONIFACINO,
LAURA CREAN, RICHARD HEWITT, ROBERT
PORTER, DICK ROCKWELL, DAVID SAUERS,
STANLEY SZCZERBA, MARILOU
SZYMANSKI, KENNETH SCHLEZES, and
AARON TURNER,
        Defendants.

C.A. No. 05 cv 415

## AFFIDAVIT

Richard Hewitt, being duly sworn, upon oath, deposes and says:

1. I am one of the defendants in this case. I am over eighteen years of age.

2. Since the conclusion of my affiliation with New England as a career agent in April, 2004, I have had approximately 2 meetings with Helen (Jean) and Arthur Hewitt, in which I rebalanced the investments in the subaccounts of their various policies and contracts. This is a service I first provided to the Hewitts in 2002, and then annually thereafter. At the Hewitts' request, I continued this practice after leaving New England.

3. I have not sold any life insurance or investment products to Helen and Arthur Hewitt or replaced any New England products or policies owned by them, since leaving New England in April, 2004 and will so testify in open Court on November 29, 2005.

FURTHER AFFIANT SAYETH NOT

                                                  Richard Hewitt

SUBSCRIBED and SWORN TO

BEFORE ME this 16TH day of November, 2005.

*Janice D. Zebley*
Notary Public

JANICE D. ZEBLEY
#371101   Notary Public - State of Delaware
My Comm. Expires Jan. 21, 2008