| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>            Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>            Defendants. | C.A. No. 05 cv 415 |

## CERTIFICATE OF SERVICE

I, Wayne A. Marvel, Esquire, do hereby that on this 16th day of November, 2005, that the foregoing Defendants' Response to Plaintiffs' Third Petition to Enjoin were electronically served, via CM/ECF, upon the following:

>   Robert D. Ardizzi, Esq.
>   Davis, Bucco & Ardizzi
>   2 N. Colonial Ave.
>   Elsmere, DE 19805
>   robert.ardizzi@davisbucco.com

                    MARON & MARVEL, P.A.

                    By   /s/ Wayne A. Marvel
                        Wayne A. Marvel, Esquire
                        Bar I.D. No. 1073
                        1300 North Broom Street
                        Wilmington, DE  19806
                        Tele: (302) 425-5177
                        Fax:  (302) 425-0180
                        Attorney for Defendants