IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : | |
| Plaintiffs, | : | Civil Action No.: 05-CV-415 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Reply Brief was served upon the following in the manner indicated and on the date indicated:

> *Via Electronic Filing*
> Wayne A. Marvel, Esquire
> Maron & Marvel
> 1300 N. Broom Street
> Wilmington, DE 19899-0288

> /s/ Robert D. Ardizzi
> Robert D. Ardizzi, Esquire

Date: November 17, 2005