AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   Delaware

New England Life   v. Alfieri et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-415 (JJF)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Robert D. Ardizzi | Wayne A. Marvel |
| TRIAL DATE(S) / Hearing  Nov. 29, 2005 | COURT REPORTER  Karen | COURTROOM DEPUTY  Phil |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 11/29/05 | | | Helen Jean Hewitt |
| 1 | | 11/29/05 | ✓ | ✓ | List of investments of Helen Jean Hewitt |
| 2 | | 11/29/05 | ✓ | ✓ | Information re retirement fund contribution limits from IXIS Funds |
| | W1 | 11/29/05 | | | Richard Hewitt |
| | 1 | 11/29/05 | ✓ | ✓ | Richard Hewitt's notes of meeting w/ Helen Jean Hewitt & Husband |
| | 2 | 11/29/05 | ✓ | ✓ | New England Financial Form signed by Arthur Hewitt |
| | 3 | 11/29/05 | ✓ | ✓ | Authorization to change Broker/Dealer signed by Helen Jean Hewitt |
| | 4 | 11/29/05 | ✓ | ✓ | Confirmation Statement from NE to Richard Hewitt |
| | 5 | 11/29/05 | ✓ | ✓ | Richard Hewitt's notes from Aug. 24, 2005 meeting |
| 3 | | 11/29/05 | ✓ | ✓ | IXIS fund statement for Helen Jean Hewitt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages