# DAVIS, BUCCO & ARDIZZI
### ATTORNEYS AT LAW
### 10 E. 6TH AVENUE * SUITE 100
### CONSHOHOCKEN, PA 19428

TEL: 610-238-0880 FAX: 610-238-0244

E.I.N. 23-2810814

**METROPOLITAN LIFE INS. CO.**

December 14, 2005

In Reference To: B-2186 RE: ROCKWELL AGENCY

    Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/11/2005 | PAB | Conference with KRY | 0.20 | 51.00 |
| 11/15/2005 | AKS | Phone Conference with Jill Henebry of CFG in regards to addresses for Mr. and Mrs. Hewitt and other matters. | 0.10 | 8.50 |
| 11/15/05 | PAB | Phone conference with J. Veit re: Hewitt; phone conference with Rita Thomas re: Hewitt | 0.40 | 102.00 |
| 11/16/05 | AKS | Service of subpoenas to Arthur Hewitt and Helen Jean Hewitt via Constable Michael Solow. (includes preparation of subpoenas, witness fee calculation, coverletters, envelopes, organization of documents, phone conference with Constable Solow and forwarding copy to Mark Vespole, Esquire via Regular mail) | 1.60 | 136.00 |
|  | AKS | Payment sent to Constable Michael Solow via regular mail (includes preparation of coverletter, envelope, organization of documents, etc) | 0.50 | 42.50 |
|  | RDA | Prepare and file Reply Brief re: Richard Hewitt Injunction | 4.00 | 860.00 |
|  |  |  | Hours | Amount |
| 11/17/2005 | AKS | Document review with RDA | 1.10 | 93.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/2005 | AKS | Sent Affidavit of Richard Hewitt to Dominic Nappi, and Richard Marooney via facsimile (Includes preparation of fax cover sheets) | 0.40 | 34.00 |
| | PAB | Review Hewitt's Affidavit | 0.20 | 51.00 |
| 11/21/2005 | PAB | Preparation of Hearing | 2.00 | 510.00 |
| 11/22/2005 | AKS | Letters and affidavits sent to James Veit and Rita Thomas via e-mail in regards to hearing set for November 29th (includes conference with PAB and phone conference with Jill Henebrey of CFG) | 0.50 | 42.50 |
| | AKS | Phone conference with Mia Tiernan of CFG in regards to hearing set for November 29th. (includes conference with RDA) | 0.20 | 17.00 |
| 11/23/2005 | PAB | Phone conference with R. Marooney re: Hearing; conference with RDA re: Thomas Veit | 0.40 | 102.00 |
| | PAB | Preparation for Hearing | 1.30 | 331.50 |
| | PAB | Review 11/29 pleadings; phone conference with Rita Thomas; conference with RDA | 0.50 | 127.50 |
| | RDA | Conference with PAB re: injunction hearing | 0.30 | 64.50 |
| 11/28/2005 | AKS | Review of pleadings for PAB (includes phone conference with Helen Jean Hewitt in regards to hearing on 11/29) | 0.60 | 51.00 |
| 11/29/2005 | AKS | phone conference with Rita Thomas in regards to hearing of November 29th (includes conference with PAB regarding additional subpoenas) | 0.30 | 25.50 |
| | RDA | Attend Hearing on Richard Hewitt Injunction | 5.00 | 1,075.00 |
| | PAB | Preparation for Hearing | 2.00 | 510.00 |
| | PAB | Attend Hearing in Delaware and travel time | 5.00 | 1,275.00 |

For professional services rendered    26.60    $5,527.00

Additional charges:

| Date | Description | Amount |
|---|---|---|
| 11/14/2005 | Service fee | 80.33 |
| | Service fee | 83.25 |

| | | |
|---|---|---:|
| 11/16/2005 | Witness fee (Helen Hewitt) | 79.96 |
| | Witness fee (Arthur Hewitt) | 79.96 |
| | Service fee | 75.00 |
| | Service fee | 158.86 |
| 11/29/2005 | Filing fee | 55.52 |
| | | _____ |
| | Total costs | 612.88 |
| | Total Amount of this bill | $6122.88 |