IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE         :
COMPANY and NEW ENGLAND            :
SECURITIES CORPORATION,            :
                                   :
    Plaintiffs,                    :
                                   :  Civil Action No. 05-415-JJF
  v.                               :
                                   :
ANTHONY ALFIERI, et al.,           :
                                   :
    Defendants.                    :

## O R D E R

At Wilmington, this 26th day of January, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Plaintiff's Petition For Preliminary Injunction (D.I. 40) is **DENIED**.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE