IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Plaintiffs, | : | Civil Action No.: 05-CV-415 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : | |
| Defendants. | : | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed.R.Civ.P. 26(f),

IT IS ORDERED that:

1. **Pre_Discovery Disclosures**: Plaintiffs have provided Defendants with the information required by Fed.F.C.P. 26(a)(1). Defendants will provide their information to Plaintiffs by April 30, 2006.

2. **Joinder of Other Parties**: All motions to join other parties shall be filed on or before June 1, 2006.

3. **Settlement Conference:** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

   (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by: **October 2, 2006**

   (b) Maximum of **25** interrogatories by each party to any other party;

   (c) Maximum of **35** requests for admission by each party to any other party;

   (d) maximum of **25** depositions by plaintiffs and **25** by defendants. Depositions have already commenced.

   (e) reports from retained experts required by Fed. R.C.P. 26(a)(2) are due from the plaintiffs by **November 15, 2006** and from the defendants by **January 15, 2007**.

   (f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from the receipt of said expert's report, unless otherwise agreed in writing by the parties.

5. **Discovery Disputes.**

   (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five days of service of the motion. No reply is permitted.

   (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the parties position on the issues(s), and the reasons for the party's position.

   (c) Upon receipt of the Answer, the movants shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

   (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

   (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before: **October 2, 2006**

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **December 15, 2006**. Briefing shall be pursuant to D.Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of court.

8. **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by Del. LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at jjf_civil@ded.uscourts.gov The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

    The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for trial to be held within sixty (60) days of the Pretrial Conference,

_April 12, 2006_
Date

_[signature]_
UNITED STATES DISTRICT JUDGE