```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

NEW ENGLAND LIFE INSURANCE CO.  :
and NEW ENGLAND SECURITIES      :
CORPORATION,                    :
                                :
        Plaintiffs,             :
                                :
   v.                           : Civil Action No. 05-415-JJF
                                :
ANTHONY ALFIERI, JEFF           :
BONIFACINO, LAURA CREAN,        :
RICHARD HEWITT, ROBERT PORTER,  :
DICK ROCKWELL, DAVID SAUERS,    :
STANLEY SZCZERBA, MARILOU       :
SZYMANSKI, KENNETH SCHLEISES,   :
and AARON TURNER,               :
                                :
        Defendants.             :

<u>O R D E R</u>

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on April 12, 2006, in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, March 8, 2007 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


April _13_, 2006                         _____/s/_____
     DATE                                UNITED STATES DISTRICT JUDGE