IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 05-415-JJF |
| ANTHONY ALFIERI, et al., | :<br>:<br>: |
| Defendants. | : |

## ORDER

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, February 15, 2007 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE