## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE
COMPANY and NEW ENGLAND SECURITIES
CORPORATION,

         Plaintiffs,

v.

ANTHONY ALFIERI, JEFF BONIFACINO,
LAURA CREAN, RICHARD HEWITT, ROBERT
PORTER, DICK ROCKWELL, DAVID SAUERS,
STANLEY SZCZERBA, MARILOU
SZYMANSKI, KENNETH SCHLEZES, and
AARON TURNER,

         Defendants.

**C.A. No.  05 cv 415**

---

### MOTION OF DEFENDANTS, ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER, TO DISMISS THE COMPLAINT FOR FAILURE OF PLAINTIFFS TO PROVIDE DISCOVERY AND APPROPRIATE RULE 26 DISCLOSURES

In accordance with Rules 37(d) and 37(b)(2)(C) of the Federal Rules of Civil Procedure, Defendants, ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES (improperly pleaded as KENNETH SCHLEISES), and AARON TURNER, (hereinafter "Defendants"), by their attorneys, Wayne Marvel, Esquire of Maron, Marvel, Bradley & Anderson, P.A., and Mark Robert Vespole, Esquire of Tressler, Soderstrom, Maloney & Priess, LLP, hereby move the Court for an Order dismissing the Complaint for failure of plaintiffs to provide discovery and appropriate Rule 26 disclosures.

As further set forth in the attached *Declaration of Mark R. Vespole* (the "Declaration"), Defendants state that a good faith effort has been made to resolve the matters set forth in this motion.

Defendants waive any filing of any formal memorandum of law in accordance with Local District Court Civil Rule 7.1.2 and the Rule 16 Scheduling Order entered by the Court in this matter, however, refer this Court to its ruling in *Miller-Bey v. ILA, Intern. Longshoremen's Ass'n and Officers,* 2006 WL 2598050, 2 (D.Del 2006) (citing *Poulis v. State Farm Fire & Cas. Co.*, 964 F.2d 1369, 1373 (3d Cir. 1992)).

Defendants rely on the reasons set forth in the attached *Declaration* in support of this motion and pray that this Court will grant the Motion to Dismiss the Complaint.

Dated: January 24, 2007

MARON MARVEL BRADLEY
& ANDERSON, P.A.


BY:    /s/ Wayne A. Marvel
Wayne A. Marvel (DE #1073)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177
(302) 425-0180
wam@maronmarvel.com
       and
Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney
& Priess, LLP
744 Broad Street, Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405

Attorneys for Defendants
