UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>    Defendants. | C.A. No. 05 cv 415 |

**CERTIFICATE OF SERVICE**

I, Stephanie A. Fox, hereby certify that on this 24th day of January, 2007, I caused to be served copies of the foregoing *Motion Of Defendants, Anthony Alfieri, Jeff Bonifacino, Laura Crean, Richard Hewitt, Robert Porter, Dick Rockwell, David Sauers, Stanley Szczerba, Marilou Szymanski, Kenneth Schlezes, And Aaron Turner, To Dismiss The Complaint For Failure Of Plaintiffs To Provide Discovery And Appropriate Rule 26 Disclosures*, to be served upon the following counsel of record electronically, via CM/ECF, and via United States first class mail, postage prepaid:

  Robert D. Ardizzi, Esq.
  Davis, Bucco & Ardizzi
  2 N. Colonial Ave.
  Elsmere, DE 19805
  robert.ardizzi@davisbucco.com

          /s/ Stephanie A. Fox_____
          Stephanie A. Fox (DE #3165)