**IN THE FEDERAL DISTRICT COURT FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Claimants, | : | **Civil Action No.: 05-CV-415** |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : | |
| Respondents. | | |

**PLAINTIFFS INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs, New England Life Insurance Company and New England Securities Corporation (collectively hereinafter referred to as "New England"), through its undersigned counsel, hereby submits the following Initial Disclosures. These disclosures are made: (i) without admitting or conceding the admissibility (including authenticity) or relevance of any information; (ii) reserving all rights to object during discovery or at trial; and (iii) reserving the right to invoke the attorney-client privilege, work product doctrine, or any other applicable privilege.

A. Individuals Likely to Have Discoverable Information Concerning the

<u>Claims and Defenses In This Action</u>

Plaintiff, New England, believes the following persons are likely to have discoverable information concerning the claims in this action:

1. Anthony Alfieri
   733 Taunton Road
   Wilmington, Delaware 19803

2. Jeff Bonifacino
   1405 Broad Run Road
   Landenberry, Pennsylvania 19350

3. Laura Crean
   P.O. Box 1389
   Hockessin, Delaware 19707

4. Richard Hewitt
   1100 Lovering Avenue, #102
   Wilmington, Delaware 19808

5. Robert Porter
   8 Blue Rock Road
   Wilmington, Delaware 18909

6. Richard Rockwell
   1018 Kent Rd.
   Wilmington, Delaware 19807-2820

7. David Sauers
   209 Plymouth Road
   Wilmington, Delaware 18903

8. Kenneth Schleises
   1225 Evergreen Road
   Wilmington, Delaware 19803

9. Stanley Szczerba
   6 Bowie Drive
   Wilmington, Delaware 18908

10. Marilou Szymanski
    221 Brookline Road
    Wilmington, Delaware 18903

11. Aaron Turner
    4606 Laura Dr.
    Wilmington, Delaware 18903

Each of the above individuals are defendants in this action and it is anticipated that they have information regarding the allegations in the Complaint including whether they violated any of the terms of their written agreements with the Plaintiffs in terms of improper solicitation of Plaintiffs customers, attempted replacement of policies as well as improper retention of the Plaintiffs' confidential and/or proprietary information.

12. Robert Draper
    Willowcreek Lane
    Newark, DE 19711

12. Peter Hatkevich
    75 Dunginane Drive
    New Castle, DE 19702

13. Elsie Burris
    2953 Wrangle Hill Road
    Bear, DE 19701-1715

14. David Elliott
    2605 Darby Drive
    Wilmington, DE 19808-2209

15. Michael Forehand
    40 Angelica Drive
    Avondale, PA 19311

16. Patricia Giesecke
    5447 Crestline Road
    Wilmington, DE 19808-3659

17. Regina Hatkevich
    2604 Longfellow Drive
    Wilmington, DE 19808-3710

18. Melissa Hetman
    1106 Azalea Drive

        Warminster, PA 18074

19.     Paula & Ray Holloway
        7 Dakota Avenue
        Wilmington, DE 19803-3213

20.     Andrea Prettyman
        29 Valley Forge Drive
        Milford, DE 19963-2108

21.     Paul Raymont
        215 Kline Street
        Bear, DE 19701-2219

22.     Lisa Varnes
        306 Bald Eagle Way
        Middletown, DE 19709-4122

23.     John Greenly
        9 D Anthony Circle
        Newark, DE 19720

24.     Theodore F. Adam, III
        1111 E Main St
        Richmond, VA 23219

25.     Timothy & June Rietdorf
        261 E. Heron Dr
        Englewood, FL 34223

Each of the above are either present or former clients of New England and may possess information regarding any contact they may have had with one or more of the Defendants with regard to lapsing, canceling, failing to renew or replacing any product with New England in violation of the Defendants' agreements.

26.     Joseph Nascelli
        Creative Financial Group
        16 Campus Boulevard, Suite 200
        Newtown Square, PA 19073

27.     Richard Marooney
        Creative Financial Group
        16 Campus Boulevard, Suite 200
        Newtown Square, PA 19073

        28.    Dominic Nappi
              Creative Financial Group
              16 Campus Boulevard, Suite 200
              Newtown Square, PA 19073

Each of the above were employed by Creative Financial Group at the time the Defendants' association with New England ended and it is anticipated that they have information regarding clients who lapsed, failed to renew, canceled or replaced New England products at the time the Defendants' respective associations with New England ended. They also may have information regarding the costs incurred by the Plaintiffs to enforce the covenants contained in the Defendants' written agreements with the Plaintiffs.

        29.    Plaintiffs reserve their rights to supplement this list up to and including the time for trial if additional information becomes available.

    B.    **Documents and Things in the Possession, Custody or Control of Plaintiffs or Plaintiffs' Counsel**

        1.    All employment contracts and non-compete agreements entered into between Plaintiffs and Defendants.

        2.    All Pleadings filed in this case.

        3.    All correspondence from Plaintiffs to Defendants regarding this case, and the subsequent action filed by Plaintiffs with the NASD.

        4.    Insurance policies of Plaintiffs' former clients.

        5.    Replacement Activity reports kept by Plaintiffs' in connection with Defendants soliciting Plaintiff's customers and clients.

        6.    Plaintiffs reserved the right to supplement this list up to and including the time for trial.

    C.    **Identities of Experts and Their Opinions**

        Plaintiffs have not yet identified any experts in relation to this litigation, but reserve all rights to do so, and will supplement this response if and when such experts are retained by Plaintiffs in connection with this litigation.

D. <u>Insurance Agreements</u>

1. There are no insurance agreements within the scope of Rule 26(a)(1)(D) relevant to this matter, to the best of Plaintiffs' knowledge.

E. <u>Statement of the Basis for Any Damages Claimed</u>

Plaintiffs have not yet ascertained the total damages sustained in connection with this litigation, and, therefore, reserves any and all rights to supplement this section of its Disclosures.

F. <u>Amendment and Supplementation</u>

Plaintiffs reserve the right to amend and/or supplement the information supplied in these Initial Disclosures consistent with the requirements of the Federal Rules of Civil Procedure.

**DAVIS, BUCCO & ARDIZZI**

/s/ Robert D. Ardizzi, Esquire
Delaware Bar I.D. No. 3602
901 N. Market Street, Suite 700
Wilmington, DE 19801
Attorney for Plaintiffs

Date: January 31, 2007