IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Plaintiffs, | : | Civil Action No.:  05-CV-415 |
| v. | : | |
| ANTHONY ALFIERI,  et al. Defendants. | : | |

I hereby certify that Plaintiffs' Answers to Defendants' Answer to Motion to Dismiss For Failure of Plaintiffs to Provide Discovery and Rule 26 Disclosures as follows:

*Via Electronic Filing*

Wayne A. Marvel, Esquire
Maron & Marvel
1300 N. Broom Street
Wilmington, DE 19899-0288

*Via First Class Mail, Postage Prepaid*

Mark R. Vespoli, Esquire
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Ste. 1510
Newark, NJ 07102

                                                          DAVIS, BUCCO & ARDIZZI

                                    BY:    /s/ Robert D. Ardizzi
                                                   901 N. Market Street, Suite 700
                                                   Wilmington, DE 19801
                                                   (302) 345-9808

Date:  January 31, 2007