UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE
COMPANY and NEW ENGLAND SECURITIES
CORPORATION,

              Plaintiffs,

v.

ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,

              Defendants.

C.A. No. 05 cv 415

**NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO DISMISS**

Based upon Plaintiffs' Answer to the Motion to Dismiss, Defendants, Anthony Alfieri, Jeff Bonifacino, Laura Crean, Richard Hewitt, Robert Porter, Dick Rockwell, David Sauers, Stanley Szczerba, Marilou Szymanski, Kenneth Schlezes (Improperly Pleaded As Kenneth Schleises), and Aaron Turner, (hereinafter "Defendants"), by their attorneys, Maron, Marvel, Bradley & Anderson, P.A., and Tressler, Soderstrom, Maloney & Priess, LLP, hereby withdraw their pending Motion to Dismiss the Complaint, filed on January 24, 2007, without prejudice to their right to renew the Motion in the event that the unanswered discovery promised by Plaintiffs in their opposition to the motion is not provided.

Dated: February 7, 2007

                                    MARON MARVEL BRADLEY
                                    & ANDERSON, P.A.

                BY:   /s/ Wayne A. Marvel
                         Wayne A. Marvel (DE #1073)
                         Stephanie A. Fox (DE #3165)
                         1201 N. Market Street, Suite 900
                         P.O. Box 288

Wilmington, DE 19899
(302) 425-5177
(302) 425-0180
wam@maronmarvel.com
       and
Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney
& Priess, LLP
744 Broad Street, Suite 1510
Newark, NJ  07102
(973) 848-2900
(973) 623-0405

Attorneys for Defendants