UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>　　　　　Defendants. | C.A. No. 05 cv 415 |

**CERTIFICATE OF SERVICE**

I, Stephanie A. Fox, hereby certify that on this 7th day of February, 2007, I caused to be served copies of the foregoing *Notice of Voluntary Withdrawal of Motion to Dismiss*, to be served upon the following counsel of record electronically, via CM/ECF, and via United States first class mail, postage prepaid:

> Robert D. Ardizzi, Esq.
> Davis, Bucco & Ardizzi
> 2 N. Colonial Ave.
> Elsmere, DE 19805
> robert.ardizzi@davisbucco.com

　　　　　　　　　　　　　　　　　　/s/ Stephanie A. Fox
　　　　　　　　　　　　　　　　　　Stephanie A. Fox (DE #3165)

{56141.00001 / W0128734}