UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>              Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>              Defendants. | C.A. No. 05 cv 415 |

## NOTICE OF DEPOSITION

Please take notice that pursuant to Fed.R.Civ.P. Rule 30(b)(6), the undersigned counsel for Defendants, Anthony Alfieri, Jeff Bonifacino, Laura Crean, Richard Hewitt, Robert Porter, Dick Rockwell, David Sauers, Stanley Szczerba, Marilou Szymanski, Kenneth Schlezes (improperly pleaded as Kenneth Schleises), and Aaron Turner, (hereinafter "Defendants"), will take the deposition, upon oral examination, of **Richard Marooney** or of any other designated witness for Plaintiffs, New England Life Insurance Company and New England Securities Corporation (hereinafter "Plaintiffs") on **Friday, February 23, 2007 at 10:00 a.m.,** and from day to day thereafter until completed, at the offices of **Maron, Marvel, Bradley & Anderson, P.A., 1201 North Market Street, Suite 900, Wilmington, Delaware 19801**, before a qualified shorthand reporter of the State of Delaware.

Dated: February 8, 2007

                                            MARON MARVEL BRADLEY
                                            & ANDERSON, P.A.

                                 BY:    /s/ Wayne A. Marvel
                                                Wayne A. Marvel (DE #1073)
                                                Stephanie A. Fox (DE #3165)
                                                1201 N. Market Street, Suite 900

{56141.00001 / W0128738}

P.O. Box 288
Wilmington, DE 19899
(302) 425-5177
(302) 425-0180
wam@maronmarvel.com
         and
Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney
& Priess, LLP
744 Broad Street, Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405

Attorneys for Defendants