UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE
COMPANY and NEW ENGLAND SECURITIES
CORPORATION,

         Plaintiffs,

v.

ANTHONY ALFIERI, JEFF BONIFACINO,
LAURA CREAN, RICHARD HEWITT, ROBERT
PORTER, DICK ROCKWELL, DAVID SAUERS,
STANLEY SZCZERBA, MARILOU
SZYMANSKI, KENNETH SCHLEZES, and
AARON TURNER,

         Defendants.

C.A. No. 05 cv 415

### CERTIFICATE OF SERVICE

I, Stephanie A. Fox, hereby certify that on this 8th day of February, 2007, I caused to be served copies of the foregoing *Notice of Deposition*, to be served upon the following counsel of record electronically, via CM/ECF, and via United States first class mail, postage prepaid:

    Robert D. Ardizzi, Esq.
    Davis, Bucco & Ardizzi
    2 N. Colonial Ave.
    Elsmere, DE 19805
    robert.ardizzi@davisbucco.com

Dated: February 8, 2007

/s/ Stephanie A. Fox
Stephanie A. Fox (DE #3165)

{56141.00001 / W0128869}