UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEZES, and AARON TURNER,<br><br>        Defendants. | C.A. No.  05 cv 415 |

## CERTIFICATE OF SERVICE

I, Stephanie A. Fox, hereby certify that on this 8th day of February, 2007, I caused to be served copies of the foregoing *Notice of Deposition*, to be served upon the following counsel of record electronically, via CM/ECF, and via United States first class mail, postage prepaid:

> Robert D. Ardizzi, Esq.
> Davis, Bucco & Ardizzi
> 2 N. Colonial Ave.
> Elsmere, DE 19805
> robert.ardizzi@davisbucco.com

Dated: February 8, 2007

/s/ Stephanie A. Fox
Stephanie A. Fox (DE #3165)

{56141.00001 / W0128869}