# DAVIS, BUCCO & ARDIZZI

**ATTORNEYS AT LAW**

TEL: 610-238-0880
FAX: 610-238-0244
Paul.Bucco@davisbucco.com

March 7, 2007

***Via Facsimile and Regular Mail***

Honorable Joseph J. Farnan, Jr.
J. Caleb Bogg Federal Building
844 N. King Street,
Room 2124/ Lockbox 27
Wilmington, DE 19801

PENNSYLVANIA

NEW JERSEY

Re:   New England Financial v. Anthony Alfieri, et al
      Docket No.: 5-CV415

DELAWARE

Dear Judge Farnan:

By agreement of the Parties, the above-captioned matter was put into mediation and it was to be heard by the United States Magistrate, Judge Pat Thynge. Judge Thynge ordered the mediation for February 15, 2007. Judge Thynge then cancelled the mediation on January 23, 2007. Both myself and counsel for Defendants, Mark Vespole, Esquire had been waiting for a new date from Judge Thynge to go to mediation. That is the reason why, neither I nor Mr. Vespole have filed a Pretrial Statement.

Further, there has been a demand and offer made between the Parties and this case may very well settle, in the very near future. Also, I will contact Judge Thynge to see if we can get an additional mediation date.

Based on the above, Mr. Vespole and myself would respectfully request an additional thirty (30) days to file the proposed pretrial order, required by Local Rule §16.5

Thank you for your attention and cooperation in this matter.

Respectfully,

Paul A. Bucco

PAB\aap
cc:   Mark R. Vespoli, Esquire
      Wayne A. Marvel, Esquire

Davis, Bucco & Ardizzi
10 East 6th Avenue, Suite 100 Conshohocken, PA 19428