# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

April 4, 2007

TEL: 610-238-0880
FAX: 610-238-0244
Paul.Bucco@davisbucco.com

**VIA OVERNIGHT MAIL**

Honorable Joseph J. Farnan, Jr.
J. Caleb Bogg Federal Building
844 N. King Street,
Room 2124, Lockbox 27
Wilmington, DE 19801

PENNSYLVANIA

NEW JERSEY

DELAWARE

      Re:   New England Financial, et al. v. Anthony Alfieri, et al.
              Docket No.: 5-CV-415

Dear Judge Farnan:

      As you may recall, this office represents Plaintiffs, New England Life Insurance Company and New England Securities Corporation. The purpose of this correspondence is to report that the above-captioned matter has been settled in its entirety. The parties are currently drafting settlement documents. We will also be preparing a Rule 41 Stipulation to formally close this case. I expect that that process will be completed in the near future and the Stipulation will be filed within the next 2 to 3 weeks.

      On a related matter, this correspondence will also confirm that, in light of the settlement, the parties will not be making any pre-trial submissions. The current Court Order requires certain filings by April 6, 2007. In light of the settlement, the parties are jointly requesting relief from their respective obligations under the Order. Unless I hear from your staff to the contrary, I will assume that you consent to this relief.

      Thank you for your judicious consideration of the foregoing matter. Please do not hesitate to contact me if you need any other information.

Respectfully yours,

Paul A. Bucco

PAB/sab
cc:    Mark R. Vespoli, Esquire
        Christopher C. Panarella
        Mr. Dominic Nappi
        Mr. Richard Marooney
        Mr. Joe Naselli, Sr.

Davis, Bucco & Ardizzi
10 E. 6th Avenue, Suite 100, Conshohocken, PA 19428