IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEW ENGLAND LIFE INSURANCE  :
COMPANY and NEW ENGLAND     :
SECURITIES CORPORATION,     :
                            :
      Plaintiffs,           :
                            :  Civil Action No. 05-415 JJF
v.                          :
                            :
ANTHONY ALFIERI, et al.,    :
                            :
      Defendants.           :

### O R D E R

WHEREAS, by letter dated April 4, 2007 (D.I. 71), Plaintiffs' counsel informed the Court that the parties have reached a settlement in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The above-captioned action is **STAYED** and **CLOSED** administratively;

2) The parties shall file a status report with the Court **every ninety (90) days until the Stipulation of Dismissal is filed with the Court**, and may seek to reopen this action in the event that the Stipulation of Dismissal is not executed.

May 8, 2007

_____
UNITED STATES DISTRICT JUDGE