**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Plaintiffs, | : : | **Civil Action No.: 05-CV-415** |
| v. | : : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, | : : : : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties hereto, by and through their undersigned attorneys, hereby stipulate and agree that this case and all claims and counterclaims asserted herein are hereby DISMISSED with prejudice.

/s/ Robert D. Ardizzi, Esquire
**Robert D. Ardizzi, Esquire**
Delaware Bar I.D. No. 3602
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Attorneys for Plaintiffs


/s/ Mark R. Vespole, Esquire
**Mark R. Vespole, Esquire**
Admitted Pro Hac Vice
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Ste. 1510
Newark, NJ 07102
Attorneys for Defendants

STIPULATION approved by the Court this _____ day of _____, 2007.

_____
Farnan, J.