IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY and NEW ENGLAND SECURITIES CORPORATION, | : : : | |
| Plaintiffs, | : | Civil Action No.: 05-CV-415 |
| v. | : : : | |
| ANTHONY ALFIERI, JEFF BONIFACINO, LAURA CREAN, RICHARD HEWITT, ROBERT PORTER, DICK ROCKWELL, DAVID SAUERS, STANLEY SZCZERBA, MARILOU SZYMANSKI, KENNETH SCHLEISES, and AARON TURNER, Defendants. | : : : : : : | |

**STIPULATION OF DISMISSAL**

The parties hereto, by and through their undersigned attorneys, hereby stipulate and agree that this case and all claims and counterclaims asserted herein are hereby DISMISSED with prejudice.

/s/ Robert D. Ardizzi, Esquire
**Robert D. Ardizzi, Esquire**
Delaware Bar I.D. No. 3602
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
Attorneys for Plaintiffs


/s/ Mark R. Vespole, Esquire
**Mark R. Vespole, Esquire**
Admitted Pro Hac Vice
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Ste. 1510
Newark, NJ 07102
Attorneys for Defendants

STIPULATION approved by the Court this 29 day of October, 2007.

_____
Farnan, J.